■ DILYS M. FARNEY, Respondent, v DUNCAN R. FARNEY, Appellant.—Order unanimously affirmed with costs for reasons stated in decision at Trial Term, Davis, J. (Appeal from order of Supreme Court, Monroe County, Davis, J.—enforce separation agreement.) Present—Doerr, J. P., Green, Pine, Balio and Lawton, JJ.